**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**
————————
www.cand.uscourts.gov

Richard W. Wieking                                                     General Court Number
Clerk                                                                          510.637.3530

**November 17, 2011**

**CASE NUMBER:  CV 11-05525 DMR**
**CASE TITLE:  CARMELO ANTHONY-v-NATIONAL BASKETBALL ASSOCIATION**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable Samuel Conti** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SC** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 11/17/2011

FOR THE EXECUTIVE COMMITTEE:

_____
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                         Entered in Computer 11/17/2011 vlk


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                Transferor CSA